JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MARICELA LINARES,<br><br>          Plaintiff(s),<br><br>v<br><br>WELLS FARGO BANK, N.A., ET AL,<br><br>          Defendant(s) | CASE NO. SA CV 15-0605-DOC (JPRx)<br><br>**ORDER DISMISSING CIVIL CASE** |

The Court having been notified by counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice with the right, upon showing of good cause by **December 4, 2015** to reopen this action if settlement is not consummated.

IT IS SO ORDERED.

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Dated: November 6, 2015